IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIMOTHY KIMMERLING,

    Plaintiff,

      v.

INTERNATIONAL COMPUTER
SYSTEMS, INC.
also known as
First Collection Services,

    Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-2739-TWT

**ORDER**

This is an action under the Fair Debt Collection Practices Act.  It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissal of the action for failure to effectuate service of process on the Defendant.   The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 30 day of December, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Kimmerling\r&r.wpd